UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 16-62287-Civ-Dimitrouleas/Snow

LISA E. FAVOR,

    Plaintiff,

v.

BCA FINANCIAL SERVICES, INC.,

    Defendant.
_____/

## **NOTICE OF SETTLEMENT**

    Plaintiff, Lisa E. Favor, gives notice that the parties have reached a settlement.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
don@donyarbrough.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 16-62287-Civ-Dimitrouleas/Snow

LISA E. FAVOR,

    Plaintiff,

v.

BCA FINANCIAL SERVICES, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 9, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/Donald A. Yarbrough
                                              Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Ernest H. Kohlmyer, III, Esq.
Urban, Thier, Federer & Chinnery, P.A.
Suite 2000
200 South Orange Avenue
Orlando, FL 32801
Telephone: 407-245-8352
Facsimile: 407-245-8361

Via Notices of Electronic Filing generated by CM/ECF