UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 16-62287-Civ-Dimitrouleas/Snow

LISA E. FAVOR,

    Plaintiff,

v.

BCA FINANCIAL SERVICES, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties Stipulation for Joint Dismissal with Prejudice [DE 22]. The Court has been advised that all claims and causes of action between or among the parties have been amicably resolved. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the above-captioned case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed by the parties. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in the Southern District of Florida this 21st day of March, 2017.

                                      WILLIAM P. DIMITROULEAS
                                      United States District Judge

Copies to: All counsel of record